# RAAB, STURM & GANCHROW, LLP
COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

_____

* ADMITTED IN NY
** ADMITTED IN NY AND NJ
*** ADMITTED IN NY AND CT
**** ADMITTED IN NY AND FLA
***** ADMITTED IN NY, NJ AND MD

MAURA E. BREEN***
SAMUEL R. BLOOM*****

A suggestion of settlement having been made, it is hereby ordered that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 60 days of the date of this Order, either party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned.

Alvin K. Hellerstein /s/
July 15, 2020

July 15, 2020

**VIA ECF ELECTRONIC FILING**
Hon. Alvin K. Hellerstein, U.S.D.J.
Southern District of New York
500 Pearl St., Courtroom 14D
New York, New York 10007

**Re:  Building Service 32BJ Health Fund, et al. v. SecurAmerica, LLC**
<u>**Civil Action No. 20-cv-1185**</u>

Dear Judge Hellerstein:

Our firm is counsel for the Building Service 32BJ Benefit Funds (the "Funds"), the Plaintiffs in this matter. It appears that this matter is in the final stages of being settled. Toward that end, the Funds ask that this matter be dismissed without prejudice, with leave to reopen within sixty (60) days.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

*/s/ Samuel R. Bloom*
Samuel R. Bloom