UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
BUILDING SERVICE 32BJ HEALTH FUND, et al.,

                              Plaintiffs,

   -against-

SECURAMERICA LLC,

                              Defendant.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 1185 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On October 16, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows:

1. Defendant shall file any applicable *pro hac vice* motions on or before October 23, 2020.

2. On or before October 23, 2020, Plaintiffs shall serve Defendant with a table showing applicable payment due dates, rates of interest, and amounts of interest running from such dates.

3. On or before November 13, 2020, Defendant shall register any objections with respect to the time of interest, the rate of interest, and the reasons for the dispute.

4. On or before November 18, 2020, at 12:00 p.m., the parties shall submit a joint letter to the Court via ECF describing any remaining disputes and the reasons for such disputes. This letter shall also include the aforementioned table.

5. The parties are directed to appear for a status conference on November 20, 2020, at 10:00 a.m. Prior to that date, the Court will notify the parties as to whether such conference will be held in-person or telephonically.

6. Defendant's time to answer or respond to Plaintiffs' complaint in hereby enlarged to a time to be determined by the Court at the November 20, 2020 status conference.

SO ORDERED.

Dated:  October 16, 2020          /s/ Alvin K. Hellerstein
        New York, New York        ALVIN K. HELLERSTEIN
                                  United States District Judge